'40 (MN revised 10/96)

United States District Court
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

JUN 1 2 2003

Buenrostro Eulalio
_____
Plaintiff

**APPLICATION TO PROCEED**
**WITHOUT PREPAYMENT OF**
**FEES AND AFFIDAVIT**

Michael N. Milby
Clerk of Court

v.

United States
_____
Defendant

CASE NUMBER: **B - 03 - 1 1 3**

I, Buenrostro Eulalio _____ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant          [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion or appeal.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?:          [X] Yes          [ ] No          (If "No" go to Part 2)

    If "Yes" state the place of your incarceration Eden detention Center Eden. Tx.

    Are you employed at the institution? Yes   If "yes", what income do you receive from the institution? 12 Cents Hour

    What is your social security number? 457- 45 - 0553

    YOU MUST HAVE THE INSTITUTION FILL OUT THE CERTIFICATE PORTION OF THIS AFFIDAVIT SHOWING THE PAST **SIX** MONTHS' TRANSACTIONS FOR YOUR PRISON ACCOUNT. A ledger sheet showing such transactions also should be attached.

2.  Are you currently employed?          [X] Yes          [ ] No

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment          [ ] Yes          [X] No

    b. Rent payments, interest or dividends          [ ] Yes          [X] No

    c. Pensions, annuities or life insurance payments          [ ] Yes          [X] No

    d. Disability or workers compensation payments          [ ] Yes          [X] No

    e. Gifts or inheritances          [ ] Yes          [X] No

    f. Any other sources          [X] Yes          [ ] No

    If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive on number 7 of this form.

AO 240 (MN revised 10/96)

ACCTSTMT

### CCA EDEN DETENTION CENTER
#### Inmate Account Statement #53
#### For Account 1 - From: 03/25/2003 To: 05/12/2003

05/12/2003

*Buenrostro, Eulalio*

Facility ID: 11659179

Location: AFW-028

| Type | Trans. Date | Deposit Source | Trans. Nbr | Beg. Balance | Trans. Total | Ending Balance |
|------|-------------|----------------|------------|--------------|--------------|----------------|
| D | 03/31/2003 | MAILROOM | 776710 | 0.00 | 50.00 | 50.00 |
| D | 04/01/2003 | MAILROOM | 777176 | 50.00 | 114.20 | 164.20 |
| M | 04/02/2003 | | 777796 | 164.20 | 25.00 | 139.20 |
| P | 04/02/2003 | | 777949 | 139.20 | 28.45 | 110.75 |
| P | 04/07/2003 | | 779545 | 110.75 | 11.45 | 99.30 |
| D | 04/08/2003 | MAILROOM | 780040 | 99.30 | 50.00 | 149.30 |
| P | 04/09/2003 | | 780458 | 149.30 | 17.73 | 131.57 |
| M | 04/09/2003 | | 780524 | 131.57 | 45.00 | 86.57 |
| D | 04/09/2003 | MAILROOM | 781242 | 86.57 | 26.88 | 113.45 |
| P | 04/09/2003 | | 781306 | 113.45 | 9.82 | 103.63 |
| P | 04/14/2003 | | 782127 | 103.63 | 18.13 | 85.50 |
| M | 04/16/2003 | | 783082 | 85.50 | 45.00 | 40.50 |
| P | 04/16/2003 | | 783679 | 40.50 | 5.08 | 35.42 |
| P | 04/21/2003 | | 784743 | 35.42 | 14.19 | 21.23 |
| P | 04/21/2003 | | 784745 | 21.23 | 0.39 | 20.84 |
| M | 04/23/2003 | | 785635 | 20.84 | 13.00 | 7.84 |
| D | 04/24/2003 | MAILROOM | 786334 | 7.84 | 50.00 | 57.84 |
| P | 04/28/2003 | | 787260 | 57.84 | 24.47 | 33.37 |
| P | 04/29/2003 | | 787845 | 33.37 | 4.76 | 28.61 |
| M | 05/01/2003 | | 789212 | 28.61 | 15.00 | 13.61 |
| P | 05/01/2003 | | 789249 | 13.61 | 10.01 | 3.60 |
| D | 05/01/2003 | MAILROOM | 789482 | 3.60 | 30.00 | 33.60 |
| M | 05/07/2003 | | 790622 | 33.60 | 20.00 | 13.60 |
| P | 05/08/2003 | | 791329 | 13.60 | 6.01 | 7.59 |
| D | 05/09/2003 | MAILROOM | 791961 | 7.59 | 70.00 | 77.59 |
| P | 05/12/2003 | | 792261 | 77.59 | 18.59 | 59.00 |

|  |  |
|---|---|
| Beginning Balance For Date Range : | 0.00 |
| Total Net Transactions For Date Range : | 59.00 |
| Calculated Ending Balance For Date Range : | 59.00 |
| Total Records Printed : | 26 |