# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
OCT 14 2003
Michael N. Milby, Clerk of Court

United States District Court
Southern District of Texas
ENTERED
OCT 21 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EULALIO BUENROSTRO | * | |
| | * | |
| VS | * | CIVIL ACTION NO. B-03-113 |
| | * | (CRIMINAL NO. B-01-587-02) |
| UNITED STATES OF AMERICA | * | |

| | | |
|---|---|---|
| EULALIO BUENROSTRO | * | |
| | * | |
| VS | * | CIVIL ACTION NO. B-03-148 |
| | * | (CRIMINAL NO. B-01-587-02) |
| UNITED STATES OF AMERICA | * | |

## ORDER TO CONSOLIDATE

On this date, the Court reviewed Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correction Sentence by a Person in Custody in Cause No. B03-113 and the Application for Habeas Corpus Under 28 U.S.C. § 2241 in Cause No. B-03-148. The Court finds that both applications are raising the same grounds. Cause No. B-03-148 is hereby consolidated with Cause No. B-03-113.

DONE at Brownsville, Texas, on ___14th___ day of October 2003.

Felix Recio
United States Magistrate Judge