UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 2 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EULALIO BUENROSTRO,<br>Petitioner, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. B-03-113<br>(CRIMINAL NO. B-01-587-2) |
| UNITED STATES OF AMERICA,<br>Respondent. | §<br>§<br>§ | |

| | | |
|---|---|---|
| EULALIO BUENROSTRO,<br>Petitioner, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. B-03-148<br>(Consolidated with C.A. No. B-03-113) |
| UNITED STATES OF AMERICA,<br>Respondent. | §<br>§<br>§ | |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**SECOND AMENDED REPORT AND RECOMMENDATION**

Before the Court is the Magistrate Judge's Second Amended Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Second Amended Report and Recommendation is hereby ADOPTED. The Petitioner's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence and Petitioner's 28 U.S.C. § 2241 application are hereby DENIED.

DONE at Brownsville, Texas this 18 day of December, 2003.

Hilda Tagle
United States District Judge

8